UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION - RIVERSIDE

JS-6

ROBERT SOLGAN

      Plaintiff,

v.                                     CASE NO. 5:09cv1623-WHS

BASS PRO OUTDOOR WORLD, L.L.C.,
and DOES 1 through 10,

      Defendants,

## JUDGMENT

This case is dismissed in its entirety with prejudice. Each party shall bear its own costs and attorneys' fees.

January 12, 2011                          s/ William Stafford
DATE                                          WILLIAM STAFFORD
                                                SENIOR UNITED STATES DISTRICT JUDGE
                                                NORTHERN DISTRICT OF FLORIDA
                                                (SITTING BY DESIGNATION)